■ In the Matter of ALFREDO MARQUEZ, Consecutive No. 132615, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Appellant, v STATE OF NEW YORK et al., Respondents. [40 NYS3d 334]—Appeal from an order of the Supreme Court, Oneida County (Joseph E. Fahey, A.J.), entered April 15, 2015 in a proceeding pursuant

to Mental Hygiene Law article 10. The order, inter alia, directed the continued confinement of petitioner to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.